UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-00469-FL

| | |
|---|---|
| DOBIE WALTON, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )    ORDER<br>) |
| NANCY A. BERRYHILL,<br>  Acting Commissioner of<br>  Social Security, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and upon consideration of the Commissioner's unopposed request to remand this cause for further administrative proceedings, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further administrative proceedings to include a new hearing with respect to Plaintiff's claim of disability. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

SO ORDERED this 6th day of May, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge