UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DOBIE WALTON )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:18-CV-469-FL
)
ANDREW SAUL, )
Commissioner of Social Security, )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's consent motion for attorney fees and defendant's stipulation for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 6, 2019, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $7,000.00.

**This Judgment Filed and Entered on August 6, 2019, and Copies To:**

George C. Piemonte (via CM/ECF Notice of Electronic Filing)
Cassia Parson / Elisa Donohoe (via CM/ECF Notice of Electronic Filing)

August 6, 2019                 PETER A. MOORE, JR., CLERK

                                  /s/ Sandra K. Collins
                               (By) Sandra K. Collins, Deputy Clerk